IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:15cb8 |
| vs. | ) | ORDER |
| LU REH, SO REH and SU REH, | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of Assistant Federal Public Defender and the Office of the Federal Public Defender to withdraw as counsel for defendants Su Reh and Lu Reh because of a conflict of interest (Filing Nos. 22 and 23). Previously, the Federal Public Defender was appointed to represent all three defendants with an understanding that separate counsel would be appointed if the Federal Public Defender determined a conflict of interest existed. Accordingly, the motions to withdraw are granted and counsel will be appointed.

Justin A. Quinn, 209 South 19th Street, #540, Omaha, Nebraska 68102, (402) 346-2500, is appointed to represent Su Reh for the balance of these proceedings pursuant to the Criminal Justice Act.

Brandie M. Fowler, 209 South 19th Street, #440, Omaha, Nebraska 68102, (402) 933-7600, is appointed to represent Lu Reh for the balance of these proceedings pursuant to the Criminal Justice Act.

Mr. Thomas shall forthwith provide Mr. Quinn and Ms. Fowler with the discovery materials provided by the government and such other materials obtained by Mr. Thomas which are material to Su Reh's and Lu Reh's defense.

The clerk shall provide a copy of this order to Mr. Quinn and Ms. Fowler, and they shall file their appearance forthwith.

A joint trial of all three defendants remains scheduled for **9:00 a.m. on Thursday, November 12, 2015,** in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. All defendants shall be present for such trial. A Burmese interpreter shall be present for the proceedings.

**IT IS SO ORDERED.**

DATED this 19th day of October, 2015.

BY THE COURT:

s/ Thomas D. Thalken

United States Magistrate Judge